# EXHIBIT D

# Shelby County Tennessee

## *Willie F. Brooks Jr*

### Shelby County Register

As evidenced by the instrument number shown below, this document has been recorded as a permanent record in the archives of the Office of the Shelby County Register.



24077645

09/09/2024 - 03:04:32 PM

| 3 PGS | |
|---|---|
| PAMELA   2748662 - 24077645 | |
| VALUE | 1.09 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 15.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 17.00 |

**WILLIE F. BROOKS JR**
REGISTER OF DEEDS SHELBY COUNTY TENNESSEE

1075 Mullins Station, Suite W165 ~ Memphis, Tennessee 38134 (901) 222-8100
Website: www.register.shelby.tn.us  Email: register@shelbycountytn.gov

Prepared by and return to:
William P. Moss III, Esq.
Harris Shelton Hanover Walsh, PLLC
6060 Primacy Pkwy, Suite 100
Memphis, TN 38119

## QUITCLAIM DEED

KNOW ALL MEN BY THESE PRESENTS, that **50 NORTH FRONT ST. TN, LLC**, a Delaware limited liability company (successor to Raymond James Tower LLC pursuant to Certificate of Amendment of Certificate of Formation) ("Grantor") for and in consideration of TEN DOLLARS ($10.00), cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of all of which is hereby acknowledged, does hereby bargain, sell, remise, release, quitclaim and convey unto **SIG 50 N FRONT LLC**, a Delaware limited liability company all of its right, title and interest in and to the following described real estate situated and being in Memphis, Shelby County, State of Tennessee to, wit:

See Exhibit "A" attached hereto and incorporated herein verbatim.

Being the same property conveyed to Raymond James Tower LLC by Quitclaim Deed of record at Instrument No. 15004723 in the Register's Office of Shelby County, Tennessee.

**WITNESS** the authorized signature of the said Grantor on this the 1st day of September 2024.

**50 North Front St. TN, LLC,** a Delaware
limited liability company

By: _____

Name: Jacob Sofer

Its:      Manager

**STATE OF NEW YORK**
**COUNTY OF ORANGE**

On this 1st day of September 2024, before me personally appeared Jacob Sofer, known to me to be the person (or proved to me on the basis of satisfactory evidence), who, upon oath, acknowledged such person to be the Manager of 50 North Front St. TN, LLC, the within named bargainor, and that such Manager, executed the foregoing instrument for the purpose therein contained, by personally signing the name of the company as its Manager.

**WITNESS** my hand and Notarial Seal at office this _1st_ day of ___SEPTEMBER___ 2024.

_____
Notary Public
My Commission expires:

**(FOR RECORDING DATA ONLY)**

**Property Address:**
50 North Front St.
Memphis, TN 38103

**Property Owner:**
SIG 50 N Front, LLC
50 North Front St.
Memphis, TN 38103

**Mail Tax Bills to:**
SIG 50 N Front, LLC
92 Emerson Place
Brooklyn, NY 11205

**Ward, Block & Parcel Number:**
002-006-00024

I, or we, hereby swear or affirm that, to the best of affiant's knowledge, information, and belief, the actual consideration for this transfer is $1.09

_____
Affiant

Subscribed and sworn to before me this _0/_ day of __09__ 2024.

5Я8.

_____
Notary Public

My Commission Expires:_____

JUDAH SPITZER
NOTARY PUBLIC, State of New York
No. 01SP6216793
Qualified in Orange County
Commission Expires January 25, 20██

Case 2:26-cv-03039   Document 1-2   Filed 08/11/26   Page 5 of 5   PageID 118

## EXHIBIT A

Lots 79 and 80 of the Original Plan for the City of Memphis (unrecorded), part of two alleys and being part of the same property as deeded to Memphis Center City Revenue Finance Corporation in Instrument W1-0635 and all of that property as recorded in Instrument Z 1-9257 in the Shelby County Register's Office and being described as follows:

Beginning at the intersection of the east line of Front Street (82.50 feet wide) and the south line of Jefferson Avenue (66.00 feet wide); thence along the south line of Jefferson Avenue, South 69 degrees 35 minutes 33 seconds East, 174.36 feet to a point in the east line of 24.75 foot wide alley known as Center Lane, closed by resolution C. R. 646 - 040 and C. R. 663 - 105 as recorded in the minutes of the City of Memphis Council records; thence along the east line of said alley, South 20 degrees 28 minutes 31 seconds West, 156.41 feet to a point in the east line of said alley; thence along a line running in an east - west direction through an east - west alley, said alley closed by resolution C. R. 646 - 040 as recorded in the minutes of the City of Memphis Council records, North 69 degrees 34 minutes 01 seconds West, 174.34 feet to a point in the east line of Front Street; thence along the east line of Front Street, North 20 degrees 28 minutes 08 seconds East, 156.33 feet to the point of beginning and containing 27,263 square feet or 0.63 acres more or less, arising under that certain lease Agreement dated December 27, 1984, by and between Memphis Center; City Revenue Finance Corporation, a Tennessee not-for-profit corporation as lessor, and One Court Square Investors Limited Partnership, as-lessee, recorded as Instrument No. W10636, in the Register's Office, Shelby County, Tennessee, as amended by a First Amendment to Lease Agreement dated January1, 1987, recorded as Instrument No. ZI 9258 in the Register's Office, Shelby County, Tennessee and as amended by a Second Amendment to Lease Agreement dated October 21, 1987, recorded as Instrument No. AC 7334 in the Register's Office, Shelby County, Tennessee.