# EXHIBIT E

# Shelby County Tennessee

## *Willie F. Brooks Jr*

### Shelby County Register

As evidenced by the instrument number shown below, this document has been recorded as a permanent record in the archives of the Office of the Shelby County Register.



**25058083**

07/11/2025 - 03:12:05 PM

| | |
|---|---|
| 3 PGS | |
| MARICO   2856979 - 25058083 | |
| VALUE | 1.09 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 15.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 17.00 |

**WILLIE F. BROOKS JR**
REGISTER OF DEEDS SHELBY COUNTY TENNESSEE

1075 Mullins Station, Suite W165 ~ Memphis, Tennessee 38134 (901) 222-8100
Website: www.register.shelby.tn.us Email: register@shelbycountytn.gov

Prepared by and return to:
William P. Moss III, Esq.
Harris Shelton Hanover Walsh, PLLC
6060 Primacy Pkwy, Suite 100
Memphis, TN 38119

## QUITCLAIM DEED

KNOW ALL MEN BY THESE PRESENTS, that **SIG 50 N FRONT, LLC**, a Delaware limited liability company ("Grantor") for and in consideration of TEN DOLLARS ($10.00), cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of all of which is hereby acknowledged, does hereby bargain, sell, remise, release, quitclaim, and convey unto **50 NORTH FRONT ST. TN, LLC**, a Delaware limited liability company all of its right, title and interest in and to the following described real estate situated and being in Memphis, Shelby County, State of Tennessee to, wit:

See Exhibit "A" attached hereto and incorporated herein verbatim.

Being the same property conveyed to the Grantor by Quitclaim Deed of record at Instrument No. 24081455 in the Register's Office of Shelby County, Tennessee.

**WITNESS** the authorized signature of the said Grantor on this the ___10ᵀᴴ___ day of July 2025.

**SIG 50 N FRONT, LLC,** a Delaware
limited liability company

By:   _____
Name: Jacob Sofer
Its:   Manager·

**STATE OF NEW YORK**
**COUNTY OF ORANGE**

On this _10ᵗʰ_ day of July 2025, before me personally appeared Jacob Sofer, known to me to be the person (or proved to me on the basis of satisfactory evidence), who, upon oath, acknowledged such person to be the Manager of SIG 50 N Front Street, LLC, the within named bargainor, and that such Manager, executed the foregoing instrument for the purpose therein contained, by personally signing the name of the company as its Manager.

**WITNESS** my hand and Notarial Seal at office this _10_ day of July 2025.

_____
Notary Public
My Commission expires: May 8 / 29

YISROEL M. SCHWARTZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SC6358241
Qualified in Orange County
My Commission Expires 05-08-2029

## (FOR RECORDING DATA ONLY)

**Property Address:**
50 N. Front St.
Memphis, TN 38103

**Property Owner:**
50 N Front St. TN, LLC
50 N. Front St.
Memphis, TN 38103

**Mail Tax Bills to:**
50 N Front St. TN, LLC
48 Bakertown Road Suite 500
Monroe, NY 10950

**Ward, Block & Parcel Number:**
002-006-00024

I, or we, hereby swear or affirm that, to the best of affiant's knowledge, information, and belief, the actual consideration for this transfer is $1.09.

_____
Affiant

Subscribed and sworn to before me this _10_ day of
_July_ 2025.

_____
Notary Public

My Commission Expires: _____

YISROEL M. SCHWARTZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SC6358241
Qualified in Orange County
My Commission Expires 05-08-2029

EXHIBIT A

Lots 79 and 80 of the Original Plan for the City of Memphis (unrecorded), part of two alleys and being part of the same property as deeded to Memphis Center City Revenue Finance Corporation in Instrument W1-0635 and all of that property as recorded in Instrument Z l-9257 in the Shelby County Register's Office and being described as follows:

Beginning at the intersection of the east line of Front Street (82.50 feet wide) and the south line of Jefferson Avenue (66.00 feet wide); thence along the south line of Jefferson Avenue, South 69 degrees 35 minutes 33 seconds East, 174.36 feet to a point in the east line of 24.75 foot wide alley known as Center Lane, closed by resolution C. R. 646 - 040 and C. R. 663 - 105 as recorded in the minutes of the City of Memphis Council records; thence along the east line of said alley, South 20 degrees 28 minutes 31 seconds West, 156.41 feet to a point in the east line of said alley; thence along a line running in an east - west direction through an east - west alley, said alley closed by resolution C. R. 646 - 040 as recorded in the minutes of the City of Memphis Council records, North 69 degrees 34 minutes 01 seconds West, 174.34 feet to a point in the east line of Front Street; thence along the east line of Front Street, North 20 degrees 28 minutes 08 seconds East, 156.33 feet to the point of beginning and containing 27,263 square feet or 0.63 acres more or less, arising under that certain lease Agreement dated December 27, 1984, by and between Memphis Center; City Revenue Finance Corporation, a Tennessee not-for-profit corporation as lessor, and One Court Square Investors Limited Partnership, as-lessee, recorded as Instrument No. W10636, in the Register's Office, Shelby County, Tennessee, as amended by a First Amendment to Lease Agreement dated January1, 1987, recorded as Instrument No. ZI 9258 in the Register's Office, Shelby County, Tennessee and as amended by a Second Amendment to Lease Agreement dated October 21, 1987, recorded as Instrument No. AC 7334 in the Register's Office, Shelby County, Tennessee.