# EXHIBIT H

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
--------------------------------------------------------X
MIRABLE CAPITAL LLC,

                        *Plaintiff,*

        -against-

50 NORTH FRONT ST. TN, LLC,

                        *Defendant.*
--------------------------------------------------------X

**DECISION AND ORDER ON MOTION FOR DEFAULT JUDGMENT**

Index No.: EF008837-2025

Motion #1

*Sherri L. Eisenpress, J.*

The following papers, electronically filed on the NYSCEF system as documents numbered 1-12, were considered in connection with Plaintiff's unopposed Notice of Motion for an Order, pursuant to *Civil Practice Law and Rules* § 3215, granting a default judgment against Defendant in the amount of $17,582,969.25, as of September 1, 2025, plus attorney's fees in the amount of $4,250.00, plus a per diem interest charge (24%) in the amount of $9,925.33 per day from and after September 1, 2025, until satisfaction of the judgment, plus costs and disbursements.

Upon the foregoing papers, the Court now rules as follows:

Plaintiff brought this action against Defendant seeking to collect monies owed pursuant to a Principal Note and a Revolving Note entered into between Plaintiff Mirable Capital LLC and Defendant North Front St. TN, LLC. The action was commenced by the filing of a Summons and Complaint on September 9, 2025, through the NYSCEF system. Defendant 50 North front St. TN, LLC, was personally served on September 12, 2025, by delivery of the Summons and Complaint to Jacob Sofer, the Manager and President of Defendant, pursuant to CPLR § 311-a(a). No answer has been filed on behalf of Defendant.

Plaintiff has established its entitlement to a default judgment. As noted above, Plaintiff's moving papers contain proof that the Summons and Complaint were served upon Defendant. Plaintiff also submits an affirmation of facts by Rifky Leah Friedman, a manager of Plaintiff, Mirable Capital LLC, who states that she has personal knowledge of the

1

company's business, and the allegations set forth in the complaint who lays a foundation with respect to the admission of the Notes and verifies the calculation of the amounts due and owing. Additionally, the instant Notice of Motion seeks reasonable attorneys' fees in the amount of $4,250.00, which is provided for in the agreement upon failure to comply with the terms and conditions of the sale, which the Court finds to be reasonable.

Furthermore, Plaintiff seeks a default interest rate of 24%, including after entry of judgment, until such time as the judgment is satisfied, as set forth in the Notes. Generally, once a judgment is entered, the interest rate set forth in CPLR 5004 applies. Retirement Accounts, Inc. v. Pacst Realty, LLC, 49 A.D.3d 846, 846-847, 854 N.Y.S.2d 487 (2d Dept. 2008). However, where there is a clear, unambiguous, and unequivocal expression to pay an interest rate higher than the statutory interest rate until the judgment is satisfied, the contractual interest rate is the proper rate to be applied. Id.; Korea Resolution and Collection Corporation v. Hyuk Kee Yoo, 170 A.D.3d 485, 486, 96 N.Y.S.3d 171 (1st Dept. 2019). As such, Plaintiff is entitled to said rate of post-judgment interest.

Accordingly, it is hereby

**ORDERED** that Plaintiff's Notice of Motion for a default judgment against Defendant 50 North Front St. TN, LLC is GRANTED; and it is further

**ORDERED** that the Plaintiff, Mirable Capital LLC, is entitled to a Default Judgment in the amount of SEVENTEEN MILLION FIVE HUNDRED EIGHTY-TWO THOUSAND NINE HUNDRED SIXITY-NINE DOLLARS and 20/100 CENTS ($17,582,969.20), as of September 1, 2025; and it is further

**ORDERED** that Plaintiff is entitled to a per diem interest charge of NINE THOUSAND NINE HUNDRED TWENTY-FIVE DOLLARS and 33/100 CENTS ($9,925.33) after September 1, 2025, through the entry of Judgment; and it is further

**ORDERED** that Plaintiff is entitled to post-judgment interest at a rate of 24%

2

Case 2:26-cv-03039    Document 1-6    Filed 08/11/26    Page 4 of 4    PageID 138

per annum until satisfaction of the judgment; and it is further

**ORDERED** that Attorney's fees are awarded in the amount of FOUR THOUSAND TWO HUNDRED FIFTY DOLLARS and 00/100 CENTS ($4,250.00); and it is further

**ORDERED** that Plaintiff may enter Judgment in this matter without further Order of this Court with the Orange County Clerk in accordance with this Decision and Order, plus statutory costs and disbursements.

The foregoing constitutes the Decision and Order of this Court on Motion #1.

Dated:     New City, New York
           January 15, 2026

_____
HON. SHERRI L. EISENPRESS
Acting Justice of the Supreme

**Court**
TO:

Mirable Capital LLC
Attorneys for Plaintiff
(e-filed)

50 North Front St. TN, LLC
Defendant
48 Bakertown Road, Suite 500
Monroe, New York 10950
(Via US mail)

3