# EXHIBIT I

Case 2:26-cv-03039   Document 1-7   Filed 08/11/26   Page 2 of 5   PageID 140

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
------------------------------------------------------------------X
MIRABLE CAPITAL LLC,

                Plaintiff,                                **JUDGMENT**

      -against-

50 NORTH FRONT ST. TN, LLC,                Index No.: EF008837-2025

                Defendant.
------------------------------------------------------------------X

UPON the Decision and Order of Hon. Sherri L. Eisenpress, Acting Justice of the Supreme Court, dated January 15, 2026, entered as NYSCEF Document No. 16 under the above-captioned matter granting Plaintiff's unopposed Notice of Motion for a Default Judgment against Defendant;

**IT IS HEREBY ADJUDGED** that Plaintiff, MIRABLE CAPITAL LLC, a limited liability company organized and incorporated under the laws of the State of New York with a principal place of business located at 10 Quickway Road, Unit 311, Monroe, New York, have and recover from Defendant, 50 NORTH FRONT ST. TN, LLC, a limited liability company organized and incorporated under the laws of the State of Delaware with a principal place of business located at 48 Bakertown Road, Suite 500, Monroe, New York, the following sums:

**1. PRINCIPAL:** The sum of SEVENTEEN MILLION FIVE HUNDRED EIGHTY-TWO THOUSAND NINE HUNDRED SIXTY-NINE DOLLARS and 20/100 CENTS ($17,582,969.20), as of September 1, 2025;

**2. PER DIEM INTEREST:** The sum of NINE THOUSAND NINE HUNDRED TWENTY-FIVE DOLLARS and 33/100 CENTS ($9,925.33) per day from September 1, 2025, through the entry of this Judgment, dated January 31, 2026, totaling ONE MILLION FOUR HUNDRED NINETY-EIGHT THOUSAND SEVEN HUNDRED TWENTY-FOUR DOLLARS and 83/100 CENTS ($1,498,724.83);

**3. POST-JUDGMENT INTEREST:** Post-judgment interest at the rate of twenty-four percent (24%) per annum from the date of entry of this Judgment until satisfaction of the Judgment;

**4. ATTORNEY'S FEES:** The sum of FOUR THOUSAND TWO HUNDRED FIFTY DOLLARS and 00/100 CENTS ($4,250.00);

**5. COSTS AND DISBURSEMENTS:** Statutory costs and disbursements in accordance with the Decision and Order and as taxed in the Bill of Costs in the amount of SIX HUNDRED FIFTY DOLLARS and 00/100 ($650.00).

**TOTAL JUDGMENT (as of date of January 31, 2026):** NINETEEN MILLION EIGHTY-SIX THOUSAND FIVE HUNDRED NINETY-FOUR DOLLARS and 03/100 CENTS ($19,086,594.03).

Case 2:26-cv-03039    Document 1-7    Filed 08/11/26    Page 3 of 5    PageID 141

Dated: __02/04/2026__, 2026
Goshen, New York

_Deanna Collura Karsten_
ACTING DEPUTY COUNTY CLERK

_____
CLERK OF THE COURT

ENTERED: __02/04/2026__

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
-------------------------------------------------------------------X

MIRABLE CAPITAL LLC,

    Plaintiff,          **BILL OF COSTS**

  -against-           **Index No. EF008837-2025**

50 NORTH FRONT ST. TN, LLC,

    Defendant.
-------------------------------------------------------------------X

| COSTS | $ | | DISBURSEMENTS | $ |
|---|---|---|---|---|
| Costs before note of issue CPLR §8201 subd. 1 | 200.00 | | Fee for index number CPLR §8018(a) | 210.00 |
| Costs after note of issue CPLR §8201 subd. 2 | 0.00 | | Referee's fees CPLR §8301(a)(1),8003(a) | 0.00 |
| Trial of Issue CPLR §8201 subd. 3 | 0.00 | | Commissioner's compensation CPLR §8301(a)(2) | 0.00 |
| Allowance by statute CPLR §8302(a), (b) | 0.00 | | Clerk's fee, filing notice of pend. or attach. CPLR §8021(a)(10). | 0.00 |
| Additional allowance CPLR §8302(d) | 0.00 | | Entering and docketing judgment CPLR §8301(a)(7), 8016(a)(2)... | 0.00 |
| Motion Costs CPLR §8202 | 0.00 | | Paid for searches CPLR §8301(a)(10) | 0.00 |
| Appeal to Appellate Term CPLR §8203(b) | 0.00 | | Affidavits & acknowledgments CPLR §8009 | 0.00 |
| Appeal to Appellate Division CPLR §8203(a) | 0.00 | | Serving copy summons & complaint CPLR §8011(h)(1), 8301(d) | 100.00 |
| Appeal to Court of Appeals CPLR §8204 | 0.00 | | Request for judicial intervention | 95.00 |
| Costs upon frivolous claims and counterclaims CPLR §8303-a | 0.00 | | Note of Issue CPLR §8020(a) | 0.00 |
| | | | Paid referee's report CPLR §8301(a)(12) | 0.00 |
| | | | Certified copies of papers CPLR §8301(a)(4) | 0.00 |
| | | | Satisfaction piece CPLR §5020(a), 8021 | 0.00 |
| | | | Transcripts and filing CPLR §8021 | 0.00 |
| | | | Certified copy of judgment CPLR §8021 | 0.00 |
| | | | Postage CPLR §8301(a)(12) | 0.00 |
| | | | Jury fee CPLR §8020(c) | 0.00 |
| | | | Stenographer's fees CPLR §8002, 8301 | 0.00 |
| | | | Sheriff's fees on execution CPLR §8011, 8012 | 0.00 |
| | | | Sheriff's fees, attachment, arrest, etc. CPLR §8011 | 0.00 |
| | | | Paid printing cases CPLR §8301(a)(6) | 0.00 |
| | | | Clerk's fees Court of Appeals CPLR §8301(a)(12) | 0.00 |
| | | | Paid copies of papers CPLR §8016(a)(4) | 0.00 |
| | | | Motion expenses CPLR §8301(b) | 45.00 |
| | | | Fees for publication CPLR §8301(a)(3) | 0.00 |
| | | | Serving subpoena CPLR §8011(h)1, 8301(d) | 0.00 |
| | | | Paid for Search CPLR §8301(a)(10) | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| Costs | 200.00 | | Referee's report | 0.00 |
| Disbursements | 450.00 | | Attendance of Witnesses: CPLR §8001(a)(b)(c), 8301(a)(1) | 0.00 |
| **TOTAL** | **$650.00** | | **TOTAL** | **$450.00** |

COSTS TAXED @ $ 650.00

*Deanna Collura Karsten*
ACTING DEPUTY COUNTY CLERK

Case 2:26-cv-03039    Document 1-7    Filed 08/11/26    Page 5 of 5    PageID 143

STATE OF NEW YORK, COUNTY OF ORANGE: SS.:

The undersigned, an attorney admitted to practice in the courts of this state, affirms:  that I am a partner in the firm MAHON, RIDER, McKAY, BAUER & FURST, PLLC, the attorneys of record for the Plaintiff in the above entitled action; that the foregoing disbursements have been or will necessarily be made or incurred in this action and are reasonable in amount and that each of the persons named as witnesses attended as such witness on the trial, hearing or examination before trial herein the number of days set opposite their names; that each of said persons resided the number of miles set opposite their names from the place of said trial, hearing or examination; and each of said persons; as such witness as aforesaid, necessarily traveled the number of miles so set opposite their names in traveling to, and the same distance in returning from, the same place of trial, hearing or examination; and that copies of documents or papers as charged herein were actually and necessarily obtained for use.

The undersigned affirms that the foregoing statements are true, under the penalties of perjury.


Dated: January 27, 2026                                        /s/ *Richard M. Mahon*

                                                                    **RICHARD M. MAHON, ESQ.**