# EXHIBIT H

# EXHIBIT B

Case 2:26-cv-03039   Document 1-8   Filed 08/11/26   Page 3 of 5   PageID 146

# ALLONGE

Without Recourse, Pay to the Order of Mirable Capital LLC, with offices at 10 Quickway Road, Unit 311, Monroe, NY 10950.

This endorsement relates to a certain Note in the original principal sum of $11,150,000.00, which Note was dated December 1, 2023, was made by 50 North Front St. TN, LLC in favor of Madison Holding Trust.

Dated this 3rd day of September, 2025

Madison Holding Trust

BY: Hanna Sofer – Trustee

FILED: ORANGE COUNTY CLERK 09/09/2025 01:23 PM

INDEX NO. EF008837-2025
NYSCEF DOC. NO. 6
RECEIVED NYSCEF: 09/09/2025

# EXHIBIT E

Filed in Orange County     09/09/2025  01:23:57 PM $0.00     Bk: 5165     Pg: 1768     Index: # EF008837-2025     Clerk: SW

Case 2:26-cv-03039    Document 1-8    Filed 08/11/26    Page 5 of 5    PageID 148

# ALLONGE

Without Recourse, Pay to the Order of Mirable Capital LLC, with offices at 10 Quickway Road, Unit 311, Monroe, NY 10950.

This endorsement relates to a certain Revolving Note in the original maximum principal sum of $2,500,000.00, which Revolving Note was dated December 1, 2023, was made by 50 North Front St. TN, LLC in favor of Madison Holding Trust.

Dated this 3rd day of September, 2025

Madison Holding Trust

BY: Hanna Sofer, Trustee