# EXHIBIT I

# Shelby County Tennessee

## *Willie F. Brooks Jr*

### Shelby County Register

As evidenced by the instrument number shown below, this document has been recorded as a permanent record in the archives of the Office of the Shelby County Register.



26030549

04/21/2026 - 10:08:33 AM

| 7 PGS | |
|---|---|
| ALONZO   2955502 - 26030549 | |
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 35.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 37.00 |

**WILLIE F. BROOKS JR**
REGISTER OF DEEDS SHELBY COUNTY TENNESSEE

1075 Mullins Station, Suite W165 ~ Memphis, Tennessee 38134 (901) 222-8100
Website: www.register.shelby.tn.us Email: register@shelbycountytn.gov

Case 2:26-cv-03039   Document 1-9   Filed 08/11/26   Page 3 of 9   PageID 151

IN THE CHANCERY COURT OF THE THIRTIETH JUDICIAL DISTRICT
SHELBY COUNTY, TENNESSEE

## STATE OF TENNESSEE
### COUNTY OF SHELBY

} SS

BE IT REMEMBERED that in the Chancery Court of Shelby County, Tennessee, at the Court House in the City of Memphis, present and presiding the Honorable _____JOEDAE JENKINS_____,

Chancellor of said Court, the following proceedings were had, as appears of record in my office viz:

Case 2:26-cv-03039   Document 1-9   Filed 08/11/26   Page 3 of 9   PageID 151

## STATE OF TENNESSEE }
### SHELBY COUNTY

I, W. AARON HALL, Clerk and Master of the Chancery Court of Shelby County, Memphis, Tennessee do hereby certify that the following __5__ pages contain a full, true, and perfect transcript of the ORDER EROLLING FOREIGN JUDGMENT _____

_____

_____

in a certain cause pending in the said Court, wherein MIRABLE CAPITAL, LLC _____

complaint, and 50 NORTH FRONT ST.TN, LLC _____

_____ defendant, as the

same appears of record and on file in my office.

In testimony whereof, I hereunto subscribe my name and affix the seal of said Court, at office, this 20 _____ day of APRIL _____, 20 26.

_____ Clerk and Master

---

## STATE OF TENNESSEE }
### SHELBY COUNTY

I, JOEDAE L. JENKINS, sole and presiding Chancellor of Part III, of the Chancery Court of said County, do hereby certify that W. AARON HALL, whose genuine signature appears to the foregoing Certificate, is now and was at the time of signing the same, Clerk and Master of said Court, and that his attestation is in due form, and by the proper officer, and that said Court is a Court of Record, and that full faith and credit are due to all his official acts.

WITNESS my hand and private seal (having no seal of office) this 20 _____ day of APRIL _____, 20 26.

_____ Chancellor

---

## STATE OF TENNESSEE }
### SHELBY COUNTY

I, W. AARON HALL, Clerk and Master of the Chancery Court of said County, do hereby certify that the Honorable JOEDAE L. JENKINS, whose genuine official signature appears to the above and hereto annexed certificate, is and was at the time of signing the same, the sole and presiding Chancellor of Part III of the Chancery Court in and for the County and State aforesaid duly commissioned and qualified and that all his official acts as such are entitled to full faith and credit.

WITNESS my hand and seal of Court, at office, in the City of Memphis the 20 _____ day of APRIL _____, 20 26.

_____ Clerk and Master



APR 14 2026

## IN THE CHANCERY COURT OF SHELBY COUNTY, TENNESSEE
### FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

**MIRABLE CAPITAL, LLC**
  **Plaintiff,**

v.

                **Docket No. CH-26-0191**
                **Part III**

**50 NORTH FRONT ST. TN, LLC**
  **Defendant.**

---

## ORDER ENROLLING FOREIGN JUDGMENT

---

This cause came before the Court upon the Petition and Notice to Enroll Foreign Judgment filed by the Judgment Creditor, together with the supporting affidavit and authenticated copy of the foreign judgment. The Court finds as follows:

1. On or about February 13, 2026, the Judgment Creditor filed its Petition and Notice to Enroll Foreign Judgment pursuant to the Uniform Enforcement of Foreign Judgments Act, Tenn. Code Ann. § 26-6-101, et seq.

2. The foreign judgment was entered on February 4, 2026, in the amount of $19,086,594.03 in favor of Plaintiff and against Defendant in the Supreme Court of the State of New York, County of Orange, styled *Mirable Capital, LLC v. 50 North Front St. TN, LLC.*

3. An authenticated copy of said judgment and an affidavit setting forth the names and last known addresses of the parties were filed with this Court in compliance with Tennessee law. A copy of said Transcript of Judgment is attached hereto as Exhibit 1.

4. The Judgment Debtor was served with the Petition and Notice of Filing.

5. More than thirty (30) days have elapsed since service, and no objection or

response has been filed by the Judgment Debtor.

6.    The foreign judgment is entitled to full faith and credit and is enforceable in the State of Tennessee.

7.    This Court has jurisdiction over the parties and the subject matter for purposes of enrollment and enforcement of the foreign judgment.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The foreign judgment entered on February 4, 2026, in the amount of $19,086,594.03, plus post-judgment interest, in favor of Plaintiff and against Defendant in the Supreme Court of the State of New York, County of Orange, styled *Mirable Capital, LLC v. 50 North Front St. TN, LLC*, is hereby ENROLLED and DOMESTICATED in the Chancery Court for Shelby County, Tennessee.

2. Said judgment shall be treated in the same manner as a judgment of a court of record of the State of Tennessee and shall have the same force and effect, and may be enforced or satisfied in like manner.

3. The Clerk and Master is directed to file and index the foreign judgment as a Tennessee judgment.

4. The Judgment Creditor may proceed with enforcement of the judgment as permitted by Tennessee law.

5. This Court retains jurisdiction for all further proceedings necessary to enforce the judgment.

6. The costs of his cause shall be adjudged against Defendant for which let execution issue if necessary.

**ALL OF THE ABOVE IS THEREFORE ORDERED, ADJUDGED, AND DECREED.**

_____
CHANCELLOR

04/14/26
_____
DATE

Approved for Entry:

_____
STEPHEN F. LIBBY          #15542
Attorney for Plaintiff/Petitioner
5384 Poplar, Suite 410
Memphis, Tennessee 38119
(901) 343-0777

## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a copy of the foregoing, via e-mail and or by the United States Postal service to:

50 North Front St., TN, LLC
50 N. Front St.
Memphis, TN 38103

50 North Front St. TN, LLC
48 Bakertown Rd. Ste. 500
Monroe, NY 10950-8435

this the _____ day of April, 2026.

_____
STEPHEN F. LIBBY

**ALL OF THE ABOVE IS THEREFORE ORDERED, ADJUDGED, AND DECREED.**

_____
CHANCELLOR

_____
DATE

Approved for Entry:

STEPHEN F. LIBBY          #15542
Attorney for Plaintiff/Petitioner
5384 Poplar, Suite 410
Memphis, Tennessee 38119
(901) 343-0777

## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a copy of the foregoing, via e-mail and or by the United States Postal service to:

50 North Front St., TN, LLC
50 N. Front St.
Memphis, TN 38103

50 North Front St. TN, LLC
48 Bakertown Rd. Ste. 500
Monroe, NY 10950-8435

this the 19th day of April, 2026.

_____
STEPHEN F. LIBBY

TRANSCRIPT OF JUDGMENT

| JUDGMENT DEBTOR:<br>Surname/Given Name and Address | JUDGMENT CREDITOR:<br>Surname/Given Name and Address |
|---|---|
| 50 NORTH FRONT ST TN LLC<br> 48 BAKERTOWN ROAD, STE 500<br> MONROE NY 10950 | MIRABLE CAPITAL LLC<br> 10 QUICKWAY ROAD, UNIT 311<br> MONROE NY 10950 |

Judgment Remarks:

| Judgment Docketed: | Judgment Rendered: | Amount of Judgment: | Attorney Name and Address |
|---|---|---|---|
| File Date/Time: 02/04/2026 01:32:19 PM<br>Instrument Number: 20260008426<br>Index Number & Case Type: EF008837-2025 | County ORANGE<br>Court Type SUPREME<br>Perfected Date/Time 02/04/2026 01:32 PM | DAMAGE<br>COST<br>TOTAL 10,096,594.03 | MAHON RIDER MCKAY BAUER & FURST PLLC<br>641 BROADWAY<br>NEWBURGH NY 12550 |

State of New York
County of Orange

I, Kelly A. Eskew, COUNTY CLERK, Clerk of the County of Orange, hereby certify that the above is a correct transcript of judgment in my office.

In WITNESS THEREOF, I have hereunto set my name and affixed my seal this 2ND day of FEBRUARY, 2026.

Kelly A. Eskew
Orange County Clerk

TRANSCRIPT

File Date/Time:
02/04/2026          01:32:19 PM

Instrument Number:
20260008426

Index Number & Case Type:
EF008837-2025

Kelly A. Eskew, COUNTY CLERK
ORANGE COUNTY CLERK'S OFFICE
255 MAIN STREET
GOSHEN, NY 10924

EXHIBIT